[No. 14639-1-III.    Division Three.    October 24, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK STUART HUDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-1-01721-2, Susan L. Hahn, J., entered January 11, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 18578-4-II.    Division Two.    October 25, 1996.]

PATRICK L. QUAIN, *Appellant*, v. JOHN A. KANE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-2-03998-6, Robert L. Harris, J., entered August 5, 1994. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J.

[Nos. 18765-5-II; 18779-5-II.    Division Two.    October 25, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. JASON CHARFAUROS, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. KEITH LASINSKI, *Respondent*.

Appeals from judgments of the Superior Court for Pierce County, No. 36 048 4020 and 32 535 7030, Thomas R. Sauriol, J., entered October 11, 1994. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Turner, JJ.

[No. 18975-5-II.    Division Two.    October 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TITH MARTINZE MAO, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 94-1-00136-1, James B. Sawyer, J., entered December 8, 1994. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J.